Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Provider Transport, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 4  7  –  3  9  0  1  0  9  3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **312 Brickyard Road** | |
| Number     Street | Number     Street |
| | P.O. Box |
| **Natchitoches**        **LA**     **71457** | |
| City               State    ZIP Code | City               State   ZIP Code |
| **Natchitoches** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number     Street |
| | City               State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☒ Partnership (excluding LLP)
☐ Other. Specify: _____

**7.** **Describe debtor's business**

*A. Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

*B. Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☒ | No |
|----|----|----|----|

If more than 2 cases, attach a separate list.

☐ Yes.  District _____  When _____  Case number _____
                                                        MM / DD / YYYY

District _____  When _____  Case number _____
                                            MM / DD / YYYY

District _____  When _____  Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____
                                            MM / DD / YYYY

Case number, if known  _____

Debtor _____  Relationship _____

District _____  When _____
                                            MM / DD / YYYY

Case number, if known  _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

        Number     Street

_____

_____

        City         State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

## ▮ Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.** **Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/13/2024**
_____ MM / DD / YYYY

X **/s/ Shuron A. Johnson**
_____
Signature of authorized representative of debtor

**Shuron A. Johnson**
_____
Printed name

**Managing Member**
_____
Title

18. **Signature of attorney**

X **/s/ Thomas R. Willson**                    Date **06/13/2024**
_____          _____
Signature of attorney for debtor                  MM / DD / YYYY

**Thomas R. Willson**
_____
Printed name

**Thomas R. Willson**
_____
Firm name

**1330 Jackson Street, Suite C**
_____
Number        Street

_____

**Alexandria**                          **LA**        **71301**
_____           _____     _____
City                                        State        ZIP Code

**(318) 442-8658**                      **rocky@rockywillsonlaw.com**
_____           _____
Contact phone                            Email address

**13546**                               **LA**
_____           _____
Bar number                               State

**Fill in this information to identify the case**

Debtor name    **Provider Transport, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☑ No.  Go to Part 2.
    ☐ Yes.  Fill in the information below.

|  |  |
|---|---|
| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |

2.  **Cash on hand**                                                    _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)               Type of account               Last 4 digits of
                                                                               account number

4.  **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

                                                                                 **$0.00**

---

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No.  Go to Part 3.
    ☐ Yes.  Fill in the information below.

                                                                                            Current value of
                                                                                            debtor's interest

**7.  Deposits, including security deposits and utility deposits**

     Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

**9.  Total of Part 2.**
     Add lines 7 through 8. Copy the total to line 81.                                        | $0.00 |

| Part 3: | Accounts receivable |
|---|---|

**10.  Does the debtor have any accounts receivable?**

     ☒  No. Go to Part 4.
     ☐  Yes. Fill in the information below.

                                                                                            Current value of
                                                                                            debtor's interest

**11.  Accounts receivable**

11a.  90 days old or less:  _____  −  _____  = .............. →  _____
                            face amount               doubtful or uncollectible accounts

11b.  Over 90 days old:     _____  −  _____  = .............. →  _____
                            face amount               doubtful or uncollectible accounts

**12.  Total of Part 3**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.                  | $0.00 |

| Part 4: | Investments |
|---|---|

**13.  Does the debtor own any investments?**

     ☒  No. Go to Part 5.
     ☐  Yes. Fill in the information below.

                                                            Valuation method            Current value of
                                                            used for current value      debtor's interest

**14.  Mutual funds or publicly traded stocks not included in Part 1**

       Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated**
     **businesses, including any interest in an LLC, partnership, or joint venture**

       Name of entity:                                  % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and**
     **non-negotiable instruments not included in Part 1**

       Describe:

**17.  Total of Part 4**
     Add lines 14 through 16. Copy the total to line 83.                                     | $0.00 |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

     ☐  No. Go to Part 6.
     ☒  Yes. Fill in the information below.

Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| **tires, brakes, lights, straps, tarps** | _____ | _____ | _____ | $1,000.00 |

**23. Total of Part 5**

Add lines 19 through 22.  Copy the total to line 84.

$1,000.00

**24. Is any of the property listed in Part 5 perishable?**

☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.         **$0.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2018 Peterbilt 389 Truck** | | | $70,000.00 |
| 47.2. **2018 Fontaine 48 ft x 102 Trailer** | | | $20,000.00 |
| 47.3. **2019 Fontaine 48 ft x 102 Trailer** | | | $20,000.00 |
| 47.4. **2019 Revolution Fontaine 53 ft x 102 Trailer** | | | $23,000.00 |
| 47.5. **2019 Reitnouer Big Bubba 53 ft x 102 Trailer** | | | $28,000.00 |
| 47.6. **2019 Reitnouer Big Bubba 53 x 102 Trailer** | | | $28,000.00 |
| 47.7. **2019 Peterbilt 389 Truck** | | | $100,000.00 |
| 47.8. **2019 Peterbilt Truck** | | | $100,000.00 |
| 47.9. **2018 Chevrolet Silverado Pickup Truck** | | | $20,000.00 |
| 47.10. **2019 F-250 Pickup Truck** | | | $45,000.00 |

47.11. small utility trailer _____  _____  _____  **$500.00**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
    trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                    **$454,500.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **small lot rented to park Trucks and Trailers when not in use lease from Lott Oil Company** | **Leasehold** | | | **$0.00** |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No.  Go to Part 11.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

**61. Internet domain names and websites**

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.                              **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    ☐ No
    ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☒ No.  Go to Part 12.
    ☐ Yes.  Fill in the information below.

                                                                                      Current value of
                                                                                      debtor's interest

**71. Notes receivable**

    Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                              **$0.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $454,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $455,500.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................  $455,500.00

Debtor name     **Provider Transport, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| | |
| --- | --- |
| **Creditor's name** **BOM Bank** | **Describe debtor's property that is subject to a lien**       Unknown       $23,000.00 |
| **Creditor's mailing address** **814 Washington Street** | **Two 2019 Revolution Fontaine 53 ft x 102 Trailer** |
| | **Describe the lien** |
| | **Mortgage** |
| **Natchitoches      LA    71457** | **Is the creditor an insider or related party?** ☑ No ☐ Yes |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?** ☐ No ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:** Check all that apply. |
| **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent ☐ Unliquidated ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**       $0.00

Debtor **Provider Transport, LLC**     Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.2**  Creditor's name
**Hancock Whitney Bank**

Creditor's mailing address
**315 Royal Street**
_____

_____

**Natchitoches      LA   71457**

Creditor's email address, if known
_____

Date debt was incurred  _____

Last 4 digits of account
number               ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
         relative priority?

    ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
            specified on lines _____

Describe debtor's property that is
subject to a lien
**2019 F-250 Pickup Truck**

Describe the lien
**Mortgage**
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**     Column B: **$0.00**

---

**2.3**  Creditor's name
**Hancock Whitney Bank**

Creditor's mailing address
**315 Royal Street**
_____

_____

**Natchitoches      LA   71457**

Creditor's email address, if known
_____

Date debt was incurred  _____

Last 4 digits of account
number               ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
         relative priority?

    ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
            specified on lines _____

Describe debtor's property that is
subject to a lien
**2019 Fontaine Revolution Trailer**

Describe the lien
**Mortgage**
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**     Column B: **$23,000.00**

Fill in this information to identify the case:

Debtor **Provider Transport, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 | $5,000.00 |

**2.1**   Priority creditor's name and mailing address

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia**          **PA**    **19101-7346**

Date or dates debt was incurred

**2022 tax year**

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**1040 Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

**2.2**   Priority creditor's name and mailing address

**North Texas Tollway Authority**

**PO Box 260928**

**Plan**          **TX**    **75028-0928**

Date or dates debt was incurred

**82.84**

Last 4 digits of account
number   __8__ __1__ __1__

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Toll**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

*Check that apply.*

American Express

☐ Contingent
☐ Unliquidated
☐ Disputed

20500 Belshaw Ave

**Basis for the claim:**

Carson  CA  90746  **Business Line of Credit**

Date or dates debt was incurred  12160.00  **Is the claim subject to offset?**

Last 4 digits of account number  0 2 9 0

☑ No
☐ Yes

| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,000.00** |
|---|---|---|---|

*Check all that apply.*

Progressive Insurance

☑ Contingent
☑ Unliquidated
☑ Disputed

PO Box 55848

**Basis for the claim:**

Sherman Oaks  CA  91413  **insurance premiums**

Date or dates debt was incurred  _____  **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,132.57** |
|---|---|---|---|

*Check all that apply.*

Southern Tire Mart

☐ Contingent
☐ Unliquidated
☑ Disputed

PO Box 1000

**Basis for the claim:**

Memphis  TN  38148  **Open Account**

Date or dates debt was incurred  _____  **Is the claim subject to offset?**

Last 4 digits of account number  1 1 3 9

☑ No
☐ Yes

| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599,200.00** |
|---|---|---|---|

*Check all that apply.*

US Small Business Administration

☐ Contingent
☐ Unliquidated
☑ Disputed

PO Box 3918

**Basis for the claim:**

Portland  OR  97208  **Disaster COVID-19 Economic Injury Loan**

Date or dates debt was incurred  _____  **Is the claim subject to offset?**

Last 4 digits of account number  7 9 0 2

☑ No
☐ Yes

24-80354 - #1  File 06/15/24  Enter 06/15/24 13:39:49  Main Document  Pg 16 of 37

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$13,012.70**

**US Small Business Administration**

**PO Box 3918**

☐ Contingent
☐ Unliquidated
☑ Disputed

_____

**Portland**          OR     97208

**Basis for the claim:**
**Loan**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number       5    0    0    6

☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$26,818.21**

**USA Small Business Administration**

**PO Box 3918**

☑ Contingent
☐ Unliquidated
☐ Disputed

_____

**Portland**          OR     97208

**Basis for the claim:**
**Disaster Physical Business Loan**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number       5    0    0    5

☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$14,544.00**

**Wells Fargo**

**P.O. Box 5058**

☐ Contingent
☑ Unliquidated
☑ Disputed

_____

**Sioux Falls**          SD     57117-5058

**Basis for the claim:**
**Credit Card**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number       7    9    8    6

☑ No
☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

   | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
   |---|---|---|

4.1 **Internal Revenue Service**
   **Centralized Insolvency Operation**
   **Mail Stop 5-Q30.133**
   **2970 Market Street**
   **Philadelphia     PA    19104-5016**

   Line __2.1__

   ☐ Not listed. Explain:

   __ __ __ __

4.2 **Internal Revenue Service**
   **Office of District Counsel**
   **P.O. Box 30509**

   **New Orleans     LA    70190**

   Line __2.1__

   ☐ Not listed. Explain:

   __ __ __ __

4.3 **U.S. Small Business Administration**
   **Office of General Counsel**
   **500 Poydras Street**
   **Suite 828**
   **New Orleans     LA    70113**

   Line __3.4__

   ☐ Not listed. Explain:

   __ __ __ __

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.    $5,000.00 |
| 5b. | **Total claims from Part 2** | 5b. **+**    $679,707.48 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $684,707.48 |

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | lease of equipment<br>Contract to be ASSUMED | **Providing Services LLC** |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name      **Provider Transport, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Shuron Johnson** | Number     Street<br><br>City              State   ZIP Code | **BOM Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  **Shuron Johnson** | Number     Street<br><br>City              State   ZIP Code | **Hancock Whitney Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  **Shuron Johnson** | Number     Street<br><br>City              State   ZIP Code | **Hancock Whitney Bank** | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name  **Provider Transport, LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF LOUISIANA**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B................................................................................ | **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B............................................................................. | **$455,500.00**

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B............................................................................... | **$455,500.00**

## Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... | **$0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................... | **$5,000.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................... | **+** **$679,707.48**

4. **Total liabilities**
    Lines 2 + 3a + 3b.................................................................................................. | **$684,707.48**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/13/2024**        X **/s/ Shuron A. Johnson** _____
MM / DD / YYYY                       Signature of individual signing on behalf of debtor

**Shuron A. Johnson** _____
Printed name
**Managing Member** _____
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Provider Transport, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2024** to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | **$80,000.00** |
| For prior year: | From **01/01/2023** to<br>MM / DD / YYYY | **12/31/2023**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$951,146.00** |
| For the year before that: | From **01/01/2022** to<br>MM / DD / YYYY | **12/31/2022**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,184,468.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **LaToya Turner Johnson** | 4/23-4/24 | $18,000.00 | resolve community property claim |
|     Insider's name | | | |
|     Street | | | |
|     City      State  ZIP Code | | | |

**Relationship to debtor**

former wife

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

9.    **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

11.   **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Thomas R. Willson** | | | <u>$10,000.00</u> |

**Address**

<u>1330 Jackson Street - Suite C</u>
Street

<u>Alexandria          LA      71301</u>
City                State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

12.   **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| **Address** | | **Dates of occupancy** |
|---|---|---|
| 14.1. **2517 Kahn Street** | From **2021** | To **2/2024** |
| Street | | |
| | | |
| **Dallas**    **TX**    **75241** | | |
| City      State      ZIP Code | | |

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

     Does the debtor have a privacy policy about that information?
        ☐ No.
        ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
        ☐ No. Go to Part 10.
        ☐ Yes. Fill in below:

Debtor  **Provider Transport, LLC**_____  Case number (if known) _____
<span style="font-size:smaller">Name</span>

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Hancock Whitney Bank** <br> Name <br><br> Street <br><br><br> City          State   ZIP Code | XXXX- __ __ __ __ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | 06.12.24 | $600.00 |
| 18.2. **Regions Bank** <br> Name <br><br> Street <br><br><br> City          State   ZIP Code | XXXX- __ __ __ __ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | 06.12.24 | $100.00 |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Brittney Dunn, CPA, LLC** | From _____  To _____ |
| | Name | |
| | **839 Kings Hwy** | |
| | Street | |
| | **Suite 125** | |
| | | |
| | **Shreveport**         **LA**      **71104** | |
| | City                  State    ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address**               **Dates of service**

26b.1. __Brittney Dunn__          From _____ To _____
    Name

    Street

    City       State  ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**               **If any books of account and records are unavailable, explain why**

26c.1. __Brittney Dunn, CPA, LLC__
    Name
    __839 Kings Hwy__
    Street
    __Suite 125__

    __Shreveport__     __LA__  __71104__
    City       State  ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. __BOM Bank__
    Name

    Street

    City       State  ZIP Code

**Name and address**

26d.2. __Hancock Whitney Bank__
    Name

    Street

    City       State  ZIP Code

**Name and address**

26d.3. __Regions Bank__
    Name

    Street

    City       State  ZIP Code

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page 7

24-80354 - #1  File 06/15/24  Enter 06/15/24 13:39:49  Main Document  Pg 30 of 37

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Shuron Johnson | 312 Brickyard Road<br>Natchitoches, LA 71457 | Managing & Sole Member | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Shuron Johnson**<br>Name<br>**312 Brickyard Road**<br>Street<br><br>**Natchitoches**    **LA**<br>City     State   ZIP Code | compensation<br>$60,000.00 | June 2023 to June 2024 | services rendered |

Relationship to debtor

**Sole & Managing Member**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Debtor | **Provider Transport, LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/13/2024**
  MM / DD / YYYY

**X** **/s/ Shuron A. Johnson**   Printed name **Shuron A. Johnson**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Provider Transport, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF LOUISIANA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Small Business Administration PO Box 3918 Portland, OR 97208 | | Disaster COVID-19 Economic Injury Loan | Disputed | | | $599,200.00 |
| 2 | USA Small Business Administration PO Box 3918 Portland, OR 97208 | | Disaster Physical Business Loan | Contingent | | | $26,818.21 |
| 3 | Wells Fargo P.O. Box 5058 Sioux Falls, SD 57117-5058 | | Credit Card | Unliquidated Disputed | | | $14,544.00 |
| 4 | Southern Tire Mart PO Box 1000 Memphis, TN 38148 | | Open Account | Disputed | | | $13,132.57 |
| 5 | US Small Business Administration PO Box 3918 Portland, OR 97208 | | Loan | Disputed | | | $13,012.70 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 Progressive Insurance PO Box 55848 Sherman Oaks, CA 91413 | | insurance premiums | Contingent Unliquidated Disputed | | | $13,000.00 |
| 7 Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | 1040 Taxes | | | | $5,000.00 |
| 8 North Texas Tollway Authority PO Box 260928 Plan, Texas 75028-0928 | | Toll | | | | $0.00 |
| 9 American Express 20500 Belshaw Ave Carson, CA 90746 | | Business Line of Credit | | | | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE:   **Provider Transport, LLC**                                        CASE NO

                                                                                                   CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  6/13/2024                                   Signature   /s/ Shuron A. Johnson
                                                                            *Shuron A. Johnson*
                                                                            *Managing Member*



Date _____       Signature _____

American Express
20500 Belshaw Ave
Carson, CA 90746


BOM Bank
814 Washington Street
Natchitoches, LA 71457


Hancock Whitney Bank
315 Royal Street
Natchitoches, LA 71457


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Office of District Counsel
P.O. Box 30509
New Orleans, LA 70190


Internal Revenue Service
Centralized Insolvency Operation
Mail Stop 5-Q30.133
2970 Market Street
Philadelphia, PA 19104-5016

North Texas Tollway Authority
PO Box 260928
Plan, Texas 75028-0928


Progressive Insurance
PO Box 55848
Sherman Oaks, CA 91413


Providing Services LLC

Shuron Johnson


Southern Tire Mart
PO Box 1000
Memphis, TN 38148


U.S. Small Business Administration
Office of General Counsel
500 Poydras Street
Suite 828
New Orleans, LA 70113

US Small Business Administration
PO Box 3918
Portland, OR 97208


USA Small Business Administration
PO Box 3918
Portland, OR 97208


Wells Fargo
P.O. Box 5058
Sioux Falls, SD 57117-5058